UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MURRAY,

    Plaintiff,

v.

CITY OF DETROIT,

    Defendant.
_____/

Case No. 2:23-cv-10933
Hon. Brandy R. McMillion

## JUDGMENT

On November 7, 2025, following the completion of a jury trial and jury deliberations, the jury announced a verdict:

A. In favor of Defendant City of Detroit against Plaintiff David Murray on the Title VII Retaliation claim.

B. In favor of Defendant City of Detroit against Plaintiff David Murray on the Michigan Elliot Larson Civil Rights Act Retaliation claim.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of Defendant City of Detroit against Plaintiff David Murray on the Title VII Retaliation claim.

2. Judgment is entered in favor of Defendant City of Detroit against Plaintiff David Murray on the Michigan Elliot Larson Civil Rights Act Retaliation claim.

3.  There are no remaining claims, and this matter shall be closed.

**IT IS SO ORDERED**.

Dated:  November 19, 2025

s/Brandy R. McMillion  
BRANDY R. MCMILLION  
United States District Judge
